

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2016

No. 04-16-00532-CV

**FRANKLIN ADVISERS, INC.**, on behalf of certain investment funds managed by it, Oz Management LP, on behalf of certain investment funds managed by, Oz Management II LP, on behalf of certain investment funds managed by it, Benefit Street Partners, LLC, Et al, Appellants

v.

**IHEARTCOMMUNICATIONS INC.**, f/k/a Clear Channel Communications, Inc., Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-04006
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Motion for Admission Pro Hac Vice of Michael N. Nemelka is hereby GRANTED.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2016.

Keith E. Hottle
Clerk of Court